Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| GIADELIS ORTIZ LOZADA<br><br>Recurrida<br><br>v.<br><br>ORLANDO GUTIÉRREZ DELGADO<br><br>Peticionario | TA2026CE00341 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Municipal de San Juan<br><br>Caso Núm.:<br>SJ2026MU01650<br><br>Sobre:<br>Ley 54 Art. 2.1 (1989) |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Candelaria Rosa, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 9 de abril de 2026.

Atendida la "Notificación de Desistimiento" de la parte peticionaria, se resuelve ha lugar. Se deja por desistido el recurso al amparo de la Regla 83(A) del Tribunal de Apelaciones (4 LPRA Ap. XXII-B) y se emite *Sentencia* de desestimación con perjuicio al efecto.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones